UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-20279-CR-GAYLES

UNITED STATES OF AMERICA,

v.

JUAN JOSE CORDON SALAS,

    **Defendant.**
_____/

## NOTICE OF REASSIGNMENT

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney is hereby entering an appearance as lead counsel in this matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   s/Lynn Kirkpatrick
      LYNN KIRKPATRICK
      Assistant United States Attorney
      Court ID No. A5500737
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: (305) 961-9239
      Lynn.Kirkpatrick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Lynn Kirkpatrick
Lynn Kirkpatrick
Assistant United States Attorney
